# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND C. JASON, ) | |
|       Plaintiff, ) | Case No. 2:14-cv-00601-JCM-GWF |
| vs. ) | **ORDER** |
| TRANS UNION, INC., *et al.*, ) | |
|       Defendants. ) | |

This matter is before the Court on the Notice of Settlement (#23) filed December 30, 2014, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **April 1, 2015** advising the Court of the status of the settlement.

DATED this 20th day of March, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge